```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 13222
   LATRISHA M WILLIAMS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2641


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 10/16/2006 and was confirmed 11/29/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors   10.00%.

      The case was dismissed after confirmation 08/06/2008.
------------------------------------------------------------------------------
   CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
------------------------------------------------------------------------------
   DRIVE FINANCIAL           SECURED VEHIC   13629.20        1611.45       4511.25
   DRIVE FINANCIAL           UNSECURED       NOT FILED           .00           .00
   ROBERT J ADAMS & ASSOC    PRIORITY        NOT FILED           .00           .00
   ADVOCATE HEALTH CARE      UNSECURED       NOT FILED           .00           .00
   ASSET ACCEPTANCE LLC      UNSECURED          128.06           .00           .00
   AXSYS NATIONAL BANK       UNSECURED       NOT FILED           .00           .00
   ASSET ACCEPTANCE LLC      UNSECURED          656.39           .00           .00
   CAPITAL ONE               UNSECURED         1885.92           .00           .00
   CHARTER ONE BANK          UNSECURED       NOT FILED           .00           .00
   COMPUCREDIT CORP          UNSECURED       NOT FILED           .00           .00
   EVERGREEN PROFESSIONAL    UNSECURED       NOT FILED           .00           .00
   GOLDMAN AND GOLDMAN       NOTICE ONLY     NOT FILED           .00           .00
   HARRIS & HARRIS           NOTICE ONLY     NOT FILED           .00           .00
   HELLER & FRISONE          NOTICE ONLY     NOT FILED           .00           .00
   ECAST SETTLEMENT CORP     UNSECURED          721.45           .00           .00
   CITIZENS BANK             UNSECURED         1145.67           .00           .00
   MIDLAND CREDIT MANAGEMEN  UNSECURED          425.33           .00           .00
   NCO MEDCLR                UNSECURED       NOT FILED           .00           .00
   ORCHARD BANKCARD SERVICE  NOTICE ONLY     NOT FILED           .00           .00
   PARAGON WAY INC           UNSECURED          532.00           .00           .00
   PARK DANSAN               UNSECURED       NOT FILED           .00           .00
   PEOPLES GAS & LIGHT       UNSECURED         1143.64           .00           .00
   RISCUITY                  UNSECURED       NOT FILED           .00           .00
   RISCUITY                  UNSECURED       NOT FILED           .00           .00
   RISK MANAGEMENT ALTERNAT  NOTICE ONLY     NOT FILED           .00           .00
   SECRETARY OF STATE        NOTICE ONLY     NOT FILED           .00           .00
   SENEX SERVICES CORP       UNSECURED       NOT FILED           .00           .00
   TEX COLLECTION AGENCY     NOTICE ONLY     NOT FILED           .00           .00
   UNIQUE INSURANCE          UNSECURED       NOT FILED           .00           .00
   US DEPT OF EDUCATION      UNSECURED        51744.26           .00           .00
   ROBERT J ADAMS & ASSOC    REIMBURSEMENT       32.00           .00         32.00
   US DEPT OF EDUCATION      NOTICE ONLY     NOT FILED           .00           .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 13222 LATRISHA M WILLIAMS
```

```
ROBERT J ADAMS & ASSOC    DEBTOR ATTY     3,000.00                          997.63
TOM VAUGHN                TRUSTEE                                           497.67
DEBTOR REFUND             REFUND                                               .00

        Summary of Receipts and Disbursements:
 ------------------------------------------------------------------------------
                             RECEIPTS              DISBURSEMENTS
 ------------------------------------------------------------------------------
TRUSTEE                      7,650.00

PRIORITY                                                    32.00
SECURED                                                  4,511.25
    INTEREST                                             1,611.45
UNSECURED                                                     .00
ADMINISTRATIVE                                             997.63
TRUSTEE COMPENSATION                                       497.67
DEBTOR REFUND                                                 .00
                           ---------------        ---------------
TOTALS                       7,650.00                    7,650.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 11/19/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 06 B 13222 LATRISHA M WILLIAMS